UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DAVID BURNS #1139521

    Plaintiff,

v.

JESSE COX ETAL,

    Respondents.

Case No. 3:18-CV-231-MMD-WGC

**AMENDED ORDER TO TRANSPORT PLAINTIFF AND ORDER TO TEST NDOC INMATE FOR IN-PERSON COURT PROCEEDINGS**

    The Court scheduled an in-person jury trial on May 17, 2021, (ECF No. 108). This case is set for the stacked June 21, 2021 trial calendar.

    IT IS ORDERED that the Nevada Department of Corrections (NDOC) shall transport inmate DAVID BURNS, NDOC #1139521, to the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada, to personally attend the jury trial scheduled to begin on June 21, 2021, at 9:00 AM in Reno Courtroom 5 before the Honorable Miranda M. Du.

    IT IS FURTHER ORDERED that the Nevada Attorney General's Office, in coordination with the NDOC, shall arrange for Plaintiff to be tested for COVID-19 within 14 days of the trial and with Plaintiff's consent, unless Plaintiff was fully vaccinated two weeks before the start of trial. Additionally, where practicable and depending on space availability, the NDOC should ensure Plaintiff is placed in quarantine following the test's administration and prior to the hearing to protect against further exposure before transport to court.

    IT IS FURTHER ORDERD that, if Plaintiff does not consent to testing, or upon a positive test result, the Nevada Attorney General's Office shall immediately notify the presiding judge's courtroom administrator that Plaintiff cannot be transported to court for the trial. The presiding judge will decide to either delay the hearing or hold the hearing by video.

IT IS FURTHER ORDERED that The Clerk of Court shall provide a courtesy copy of this order to the U.S. Marshal's Office in Reno.

IT IS SO ORDERED. Dated this 28th Day of May 2021.

_____
Honorable Miranda M. Du,
CHIEF UNITED STATES DISTRICT JUDGE